## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DIVISION DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

COLE MILLNER, on                                              PLAINTIFF
behalf of himself and
those similarly situated

vs.                                          CASE NO.: 3:16-cv-00077-MPM-SAA

RANGERS ENTERPRISE
SATELLITE, LLC                                               DEFENDANT

---

## JOINT NOTICE OF SETTLEMENT

---

Parties hereby provide Notice to the Court that Plaintiff and Defendant have reached a settlement of this matter and are in the process of finalizing a settlement agreement.

Dated: July 11, 2016.

Respectfully submitted,
Cole Milner, Plaintiff

s/ Christopher W. Espy
CHRISTOPHER W. ESPY, ESQ.

Rangers Enterprise Satellite, LLC, Defendant

s/ Danielle Brewer Jones
DANIELLE BREWER JONES, ESQ.

## CERTIFICATE OF SERVICE

I, Christopher W. Espy, do hereby certify that I have electronically filed the foregoing document with the Clerk of the Court using the ECF system which I understand will send notification to all known counsel of record.

Dated: July 11, 2016.

s/ Christopher W. Espy
CHRISTOPHER W. ESPY, ESQ.